20526. REDDY-WALDHAUER-MAFFETT CO. *v.* CRANMAN.

BLOODWORTH, J. In the order overruling the certiorari in this case the judge of the superior court said: "Upon hearing the above-stated case it appears to the court that the facts involved come within the ruling by the Court of Appeals of this State in the case of *Longshore* v. *Collier,* 37 *Ga. App.* 450 [140 S. E. 636], and upon the authority of that case the within certiorari is hereby dismissed and overruled." We agree with Judge Meldrim.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JUNE 10, 1930.

564

*I. C. Farthing,* for plaintiff in error. *Hester & Lewis,* contra.